178 So. 237

## EQUITABLE LIFE ASSURANCE SOCIETY OF U. S. v. Galvester DAVIS, Adm'x.

### 6 Div. 251.

Supreme Court of Alabama.

Jan. 13, 1938.

Harsh, Harsh & Hare, of Birmingham, for petitioner.

Howze & Brown, of Birmingham, for respondent.

### PER CURIAM.

Petition of Galvester Davis, as administratrix of the estate of Jim Davis, deceased, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Equitable Life Assur. Soc. v. Davis, Adm'x, 178 So. 236.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.